```
                                    FILED
                                   AUG - 5 2010
                          CLERK, U.S. DISTRICT COURT
                          CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION AT SANTA ANA
                          BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | SA10-307M |
| JOSE ADRIAN CERVANTES, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Kelley Munoz, defendant's attorney__, IT IS ORDERED that a detention hearing is set for __August 9__, __2010__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Magistrate Judge Marc L. Goldman__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ (Other custodial officer) and produced for the hearing.

Dated: __8/5/10__     __MARC L. GOLDMAN__
U.S. ~~District Judge~~/Magistrate Judge